IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TWANA AHMED, Individually and on Behalf of all Others Similarly Situated, § § § | |
| Plaintiffs, § | |
| v. § § § | CIVIL ACTION NO. 4:19-cv-03620 |
| § | |
| USAPD, LLC., D/B/A USA PATROL DIVISION AND ISAM SAMARA § § § § | |
| Defendants § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 7.1, Defendants, USAPD, LLC, d/b/a

USA Patrol Division, and Isam Samara, file this Certificate of Interested Parties.

The following persons and entities have an interest in the outcome of this litigation:

(1) **USAPD, LLC, d/b/a USA Patrol Division**.
13326 Westheimer, Suite A,
Houston, Texas 77077.

**(2) Isam Samara.**
3001 Autumn Creek Drive,
Friendswood, Texas 77546.

**(3) The Royal Ezeoke Law Firm, PC (counsel for Defendants)**
Alphonsus O. Ezeoke
Texas Bar No. 24025356
Federal Admission No. 27052
11806 Wilcrest Dr., Suite 222
Houston, Texas 77031
Tel. (281) 499-0505
Fax. (713) 490-3440
Attorney for Defendants

(4) **Twana Ahmed and all individuals presently unknown**.
4309 Yoakum Blvd,
Houston, Texas 77006
(713) 521-6575


**(5) Amanda C. Hernandez**
Federal Bar No. 1531045
Texas Bar No.: 24064411
4309 Yoakum Blvd.,
Houston, Texas, 77006
Telephone: (713) 521-6575
Facsimile: (281) 572-5370
Email: amanda@ahfirm.com
ATTORNEY FOR PLAINTIFFS

Respectfully submitted,

**The Royal Ezeoke Law Firm, P.C.**

By: _____
Alphonsus O. Ezeoke
Texas Bar No. 24025356
Federal Admission No. 27052
11806 Wilcrest Dr., Suite 222
Houston, Texas 77031
Tel: (281) 499-0505
Fax: (713) 490-3440
Attorney for Defendants

### CERTIFICATE OF SERVICE

I certify that on March 28, 2020, a true and correct copy Defendants' Disclosure of Interested Parties was served on Plaintiff's Attorney, Amanda C. Hernandez, by CM/ECF.

_____
Alphonsus O. Ezeoke