United States District Court
Southern District of Texas
**ENTERED**
September 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, Individually and on Behalf of all Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:19-cv-03620 |
| | § § | Collective Action |
| USAPD, LLC., D/B/A USA Patrol Division, and Isam Samara | § § § | |
| Defendants | § § § § | |

### JOINT MOTION TO CONTINUE AND FOR EXTENSION OF PRE-TRIAL DEADLINES

TWANA AHMED, et al., and USAPD, LLC., et al., (hereinafter "Parties"), by and through their undersigned counsel, herby file their motion to continue and extend pre-trial deadlines and state as follows:

1. Pursuant to the Court's Scheduling Order (Doc. 14), the following deadlines remain in place:

| | |
|---|---|
| Discovery deadline: | 11/13/2020 |
| Motions deadline: | 12/18/2020 |
| Joint Pretrial Order (Defendants' final version due to Plaintiff): | 03/25/2021 |
| Joint Pretrial Order (Plaintiff filing deadline and Motions in Limine deadline): | 03/29/2021 |
| Docket Call: | 04/02/2021 |
| Trial: | 04/05/2021 |

2. The Parties have engaged in limited discovery because they are waiting for a ruling on plaintiffs' motion for conditional certification. The resolution of said motion will substantially affect the course of litigation and the parties do not want to run up legal fees and costs without knowing how many plaintiffs will be involved in this case.

3. In light of the foregoing, the Parties propose to extend all the pretrial deadlines and continue the trial as follows:

    a. Discovery deadline: 4 months after the court rules on plaintiffs' motion for conditional certification;

    b. Motions deadline: 5 months after the court rules on plaintiffs' motion for conditional certification;

    c. Joint Pretrial Order (Defendants' final version due to Plaintiff): 9 months after the court rules on plaintiffs' motion for conditional certification;

    d. Joint Pretrial Order (Plaintiff filing deadline and Motions in Limine deadline): 9 months and one week after the court rules on plaintiffs' motion for conditional certification;

    e. Docket Call: 10 months after the court rules on plaintiffs' motion for conditional certification;

    f. Trial: 10 months and 1 week after the court rules on plaintiffs' motion for conditional certification. emails before she could take depositions. Therefore, as a result of the pandemic and the resulting stay-at-home orders, the parties have been unable to get to deposition in this case.

4. Accordingly, the parties are requesting a roughly additional ninety (90) days to finish discovery in this case. The parties are also requesting that the case be moved from the

5. This motion is made in good faith and is not sought for delay, but so that justice may be done.

## PRAYER

For the foregoing reasons, the Plaintiffs and the Defendants respectfully move that this Court continue the various settings as discussed above; and for all other relief, at law or in equity, to which the parties may be entitled.

Respectfully submitted,

/s/ *Amanda C. Hernandez*
Amanda C. Hernandez
State Bar No. 24064411
Southern District No. 1531045
5100 Westheimer, Suite 200
Houston, TX 77056
Tel: 713-588-4359
Fax: 281-572-5370
Email: amanda@ahfirm.com
ATTORNEY FOR PLAINTIFFS

/s/ Alphonsus O. Ezeoke
Alphonsus O. Ezeoke
Texas Bar No. 24025356
11806 Wilcrest Drive, Suite 222
Houston, Texas 77031
Federal Admission No. 27052
Tel. (281) 499-0505
Fax. (713) 490-3440
Email: ezeoke@gmail.com
ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>USAPD, LLC., D/B/A USA Patrol Division, and Isam Samara<br><br>Defendants | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-cv-03620<br>Collective Action |

## ORDER ON PARTIES' JOINT MOTION TO CONTINUE AND FOR EXTENSION OF PRE-TRIAL DEADLINES

Having considered this motion before the Court, the Parties' Joint Motion to Continue and Extension of Pre-Trial Deadlines is GRANTED. Accordingly, it is ORDERED that the trial is continued, and the pretrial deadlines are extended as follows:

a.  Discovery deadline: **March 1, 2021**

b.  Motions deadline: **April 20, 2021**

c.  Joint Pretrial Order (Defendants' final version due to Plaintiff): **July 12, 2021**

d.  Joint Pretrial Order (Plaintiff filing deadline and Motions in Limine deadline): **July 6, 2021**

e.  Docket Call: **July 16, 2021 at 1:30 p.m**.

f.  Trial: **July 19, 2021 at 9:00 a.m.**

SO ORDERED ON September 28, 2020.

_____
ALFRED H. BENNETT
UNITED STATES
DISTRICT JUDGE