United States District Court
Southern District of Texas
**ENTERED**
April 26, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, Individually and on Behalf of all Others Similarly Situated, | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § § | CIVIL ACTION NO. 4:19-cv-03620 |
| USAPD, LLC., D/B/A USA Patrol Division, and Isam Samara | § § § § | |
| **Defendants** | § § § | |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation for Dismissal submitted, this case is hereby Dismissed with Prejudice. Each party shall bear its own fees and costs.

SO ORDERED ON April 26, 2021.

_____
ALFRED H. BENNETT
U.S. DISTRICT COURT COURT